```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


BRANDY SAMSON,                  )
        Plaintiff               )
                                )
              v.                 )   C.A. NO. 09-cv-30089-MAP
                                )
TARGET CORPORATION,             )
        Defendant               )
```

<u>ORDER RE: ORAL ARGUMENT</u>

October 29, 2010

**PONSOR, D.J.**

In preparing for the hearing on Defendant's Motion for Summary Judgment, the court has uncovered potential problems with subject matter jurisdiction. Counsel should come to the scheduled argument prepared to respond to questions regarding whether the requirements for the jurisdictional amount have been satisfied in this case.

It is So Ordered.

<u>/s/ Michael A. Ponsor</u>
MICHAEL A. PONSOR
U. S. District Judge