# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDY SAMSON,<br>     Plaintiff(s) | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 3:09-cv-30089 -MAP<br>) |
| TARGET CORPORATION,<br>     Defendant(s) | )<br>) |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Brandy Samson, against the plaintiff Target Corporation, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

                                                        **SARAH A. THORNTON**,
                                                        CLERK OF COURT

Dated: November 8, 2010                 By /s/ *Maurice G. Lindsay*
                                                        Maurice G. Lindsay
                                                        Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                        [jgm.]